```
                                              FILED
                                     CLERK, U.S. DISTRICT COURT

                                          JAN 14 2020

                                     CENTRAL DISTRICT OF CALIFORNIA
                                     BY            DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SACR-00129-JLS |
| Plaintiff, | ORDER OF DETENTION AFTER HEARING |
| vs. | [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| Daniel Timmins Defendant. | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central Dist. of CA__, for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __lack of known bail resources; unverified background; substance abuse__

and/or

B. (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __criminal history; substance abuse__

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 1/14/2020

_/s/ K. E. Scott_
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE